# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**VICTOR RODRIGUEZ,**
        **Plaintiff,**

**-vs-**                        **Case No.  6:05-cv-491-Orl-28KRS**

**PALMER ELECTRIC COMPANY,**
**ROBERT PARKER, III,**
        **Defendants.**
_____

## ORDER

This case is before the Court on Joint Motion for Court Approval of Settlement Agreement and Motion to Dismiss Plaintiff Victor Rodriguez's Claims with Prejudice (Doc. No. 50) filed March 24, 2006.  The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed April 7, 2006 (Doc. No. 50) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Joint Motion for Court Approval of Settlement Agreement and Motion to Dismiss Plaintiff Victor Rodriguez's Claims with Prejudice (Doc. No. 50) is **GRANTED.**  This case is dismissed with prejudice.  The Clerk of Court is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 7th day of April, 2006.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party